THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0092-JCC |
| Plaintiff, | ORDER |
| v. | |
| RUTH MELISA GOMEZ-MARENTES, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to modify the conditions of her pretrial release (Dkt. No. 225). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and MODIFIES the condition that Defendant have no direct or indirect contact with any existing and/or future co-defendants, as follows: "Defendant may contact Luis Castillo-Barragan with regards to custody of their children through a third party, as approved by Pretrial Services." All other conditions remain unchanged.

DATED this 11th day of September 2020.

John C Coughenour

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0092-JCC
PAGE - 1