THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RUTH MELISA GOMEZ-MARENTES,<br><br>  Defendant. | CASE NO. CR20-0092-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to modify the conditions of her pretrial release (Dkt. No. 338). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and MODIFIES the condition regarding Defendant's contact with co-Defendant Luis Castillo-Barragan to read as follows:

> Defendants Ruth Melisa Gomez-Marentes and Luis Castillo-Barragan may have contact with each other but may not reside together or communicate with each other about the pending case.

DATED this 23rdday of December 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0092-JCC
PAGE - 1