THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RUTH MELISA GOMEZ-MARENTES,<br><br>        Defendant. | CASE NO. CR20-0092-JCC<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING |

This Court, having considered the Amended Report and Recommendation of the United States Magistrate Judge, to which there has been no objection and being informed that none are forthcoming, and subject to the consideration of the Plea Agreement under Federal Rule of Criminal Procedure 11(c)(1)(B), hereby accepts Defendant's pleas of guilty to Counts 1 and 4 of the Second Superseding Indictment. Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

It is so ORDERED this 29th day of November 2021.

*/s/ John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE