THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RUTH MELISA GOMEZ-MARENTES,<br><br>  Defendant. | CASE NO. CR20-0092-JCC-19<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to seal an exhibit to her sentencing memorandum (Dkt. No. 782).

The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Because the exhibit contains photos of Defendant's minor children, sealing them serves a compelling interest that is substantially likely to be harmed if they are not sealed, and no less restrictive alternatives would protect the interest. Accordingly, the Court finds good cause to

seal the documents.

Defendant's motion to seal (Dkt. No. 782) is GRANTED. The Clerk is DIRECTED to maintain under seal Docket Numbers 783 and 783-1.

DATED this 18th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE