Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>RUTH GOMEZ-MARENTES,<br>Defendant. | NO. CR 20-092-JCC-19<br><br>[~~Proposed~~] ORDER TO AMEND JUDGMENT |

THE COURT, having considered the stipulated motion of the parties requesting entry of an Amended Judgment, finds entry of the requested Amended Judgment appropriate in this case.

//

//

//

//

//

//

//

//

Order to Amend Judgment - 1
*United States v. Ruth Gomez-Marentes* / CR 20-092 JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS ORDERED that the Amended Judgment shall be entered.

DATED this 2nd day of August 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney

Order to Amend Judgment - 2
*United States v. Ruth Gomez-Marentes* / CR 20-092 JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970