JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-092-JCC-19 |
| Plaintiff, | [~~PROPOSED~~]ORDER EXTENDING REPORTING DATE |
| v. | |
| RUTH MELISA GOMEZ-MARENTES, | |
| Defendant. | |

This matter comes before the Court on the defendant's unopposed motion to extend the date by which the defendant must report to prison to begin serving her sentence. She is presently required to report to FCI Aliceville, Alabama by September 15, 2022. For the reasons indicated in defendant's motion, the motion is granted. The defendant must report to begin serving her sentence by the 1st day of January 2023

So ORDERED this 2nd day of August 2022.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Order
(USA v. Gomez-Marentes CR 20-092-JCC)

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2815 Elliott Avenue, Suite 100
Seattle, WA  98121
(206)636-1725