Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUTH MELISA GOMEZ-MARENTES, <br><br> Defendant. | NO. CR20-092-JCC-19 <br><br> [~~PROPOSED~~] <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") (**Dkt. 1282**) for the following property ("Subject Currency"):

    a.    $1,500 of $9,245 in United States currency, seized from Gomez-Marentes's residence.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

    1.    On June 22, 2022, the Court entered a Preliminary Order of Forfeiture finding the Subject Currency forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1), and forfeiting the Defendant's interest in it, Dkt. No. 764;

Final Order of Forfeiture - 1
*United States v. Ruth Melisa Gomez-Marentes*, CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), Dkt. No. 1055;

3. As required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States reviewed the underlying investigative material and provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel Baer ¶ 2, Exhibits A–B;

4. The time for filing third-party claims has expired, and none were filed; and,

5. Defendant was sentenced on July 12, 2022, and forfeiture was incorporated in the Amended Judgment on August 2, 2022, Dkt. Nos. 793, 927.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The Subject Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 29th day of September, 2025.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Ruth Melisa Gomez-Marentes*, CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented By:

  *s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Ruth Melisa Gomez-Marentes*, CR20-092-JCC